# ADVERSARY PROCEEDING COVER SHEET

**ADVERSARY PROCEEDING NUMBER**

| **PLAINTIFFS**<br>JOSEPH V. WOMACK | **DEFENDANT(S)**<br>JOHN HENRY SCHNEIDER<br>3611 TOMMY ARMOUR CIRCLE<br>BILLINGS, MT 59106 |
|---|---|
| **ATTORNEYS** (Firm Name, Address & Telephone No.)<br>JOSEPH V. WOMACK<br>WALLER & WOMACK<br>303 N. BROADWAY, SUITE 805<br>BILLINGS, MT 59101 | **ATTORNEYS** (If known)<br>HAROLD VAN DYE<br>DYE AND MOE PLLP<br>129 HICKORY STREET, STE B<br>MISSOULA, MT 59801-1820 |
| **PARTY**<br>☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☐ Other<br>☒ Trustee | **PARTY**<br>☒ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** Denial of discharge pursuant to 11 U.S.C. §§ 727(a)(2), 727(a)(3), 727(a)(4)(A) and (D), 727(a)(5), and 727(a)(6)(A)

## NATURE OF SUIT
(Number up to five boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property – other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
**1** 41-Objection/Revocation of Discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of Confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
**(continued next column)**

☐ 61- Dischargeability - §523(a)(5), domestic support
☐ 68- Dischargeability - §523(a)(6), willful and malicious injury
☐ 63- Dischargeability - §523(a)(8), student loan
☐ 64- Dischargeability - §523(a)(15), divorce/sep property settlement/decree
☐ 65- Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71- Injunctive Relief – reinstatement of stay
☐ 72 Injunctive relief - other

**FRBP 7001(8) – Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) – Declaratory Judgment**
☐ 91-Declaratoy judgment

**FRBP 7001(10) – Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

☐ Check if this case involves a substantive issue of state law ☐ Check if this is asserted to be a class action under FRCP 23
☐ Check if jury trial is demanded in complaint ☐ Demand $
☐ Other Relief Sought:

## BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES

| NAME OF DEBTOR SCHNEIDER, JOHN HENRY | BANKRUPTCY CASE # 14-61357-7 | |
|---|---|---|
| DISTRICT IN WHICH CASE IS PENDING<br>Montana | DIVISIONAL OFFICE<br>Billings | NAME OF JUDGE<br>Ralph B. Kirscher |

## RELATED ADVERSARY PROCEEDINGS (IF ANY)

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING # |
|---|---|---|
| DISTRICT IN WHICH CASE IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |

| **DATE**<br>June 24, 2015 | **PRINT NAME OF ATTORNEY**<br>Joseph V. Womack | **SIGNATURE OF ATTORNEY**<br>By: /s/ Joseph V. Womack<br><br>Joseph V. Womack<br>Attorney for Plaintiff |
|---|---|---|