# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In Re:<br><br>**SCHNEIDER, JOHN HENRY**<br><br>Debtor(s) | Case No. **14-61357-7** |
| **JOSEPH V. WOMACK, TRUSTEE**<br><br>Plaintiff<br><br>vs.<br><br>**SCHNEIDER, JOHN HENRY**<br><br>Defendant | **Adversary No.** _____ |

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to submit a motion or answer to the complaint which is attached to this Summons to the Clerk of the Bankruptcy Court within **30 days** after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within **35 days**.

**Address of Clerk:** Office of the Clerk of Court
U.S. Bankruptcy Court District of Montana
400 North Main Street, Rm. 303
Butte, MT 59701

At the same time, you must also serve a copy of the motion or answer upon the Plaintiff's attorney.

**Address of Attorney:** Joseph V. Womack
Waller & Womack, P.C.
303 N. Broadway, Suite 805
Billings, Montana 59101

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_____
Clerk of the Bankruptcy Court

Date: _____  By: _____
    Deputy Clerk