## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

In Re:

**SCHNEIDER, JOHN HENRY**

    Debtor(s)

**JOSEPH V. WOMACK, TRUSTEE**

    Plaintiff

      vs.

**SCHNEIDER, JOHN HENRY**

    Defendant

**Case No. 14-61357-7**

**Adversary No. 15-00020**

---

## SUMMONS IN AN ADVERSARY PROCEEDING

---

    **YOU ARE SUMMONED** and required to submit a motion or answer to the Amended Complaint which is attached to this Summons to the Clerk of the Bankruptcy Court within **30 days** after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the Amended Complaint within **35 days**.

           **Address of Clerk:**     **Office of the Clerk of Court**
                                   **U.S. Bankruptcy Court District of Montana**
                                   **400 North Main Street, Rm. 303**
                                   **Butte, MT 59701**

    At the same time, you must also serve a copy of the motion or answer upon the Plaintiff's attorney.

           **Address of Attorney:Joseph V. Womack**
                                    **Waller & Womack, P.C.**
                                    **303 N. Broadway, Suite 805**
                                    **Billings, Montana 59101**

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

 

 

_____
Clerk of the Bankruptcy Court

 

Date: _____ By: _____
                                             Deputy Clerk