Harold V. Dye
Dye & Moe, P.L.L.P.
120 Hickory Street, Ste. B
Missoula, Montana 59801
406-542-5205
406-721-1616 fax
hdye@dyemoelaw.com
Attorney for Debtor
I.D. Number 408

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MONTANA

In Re

JOHN HENRY SCHNEIDER,

    Debtor.

JOSEPH V. WOMACK, TRUSTEE,

    Plaintiff,

v.

JOHN HENRY SCHNEIDER,

    Defendant.

Case No. 14-61357

Adversary No. 15-00020

**STIPULATION**

It is mutually stipulated and agreed by the parties hereto that the trial setting for May 25 – 27, 2016 be vacated subject to being reset if the settlement of the matter is not approved.

1

1.  The parties have agreed to settle this matter along with Adversary No. 15-00015. The motions to approve the settlement are contested and are set for hearing on April 24, 2016.

2.  As the Court has been previously advised, the parties have put their primary efforts into arriving at a global settlement of both adversaries.

3.  If the settlements are not approved then there would be insufficient time for the parties to prepare for and try this matter as scheduled.

Dated: April 1, 2016.

WALLER & WOMACK, P.C.                DYE & MOE, P.L.L.P.


*/s/ Joseph V. Womack*                */s/ Harold V. Dye*
Joseph V. Womack                     Harold V. Dye
Attorney for Trustee                 Attorney for Defendant